1   Elizabeth J. Cabraser
    ecabraser@lchb.com
2   Scott P. Nealey
    snealey@lchb.com
3   LIEFF, CABRASER, HEIMANN, & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
4   San Francisco, CA  94111-3339
    Telephone: (415) 956-1000
5   Facsimile: (415) 956-1008

6   *Plaintiffs' Liaison Counsel*

7   Steve W. Berman
    steve@hbsslaw.com
8   Lisa Hasselman
    lisah@hbsslaw.com
9   HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
10  Seattle, Washington  98101
    Telephone: (206) 623-7292
11  Facsimile: (206) 623-0594

12  *Plaintiffs' Purchaser Counsel*

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17
    IN RE: BEXTRA AND CELEBREX          )   No. M:05-CV-01699-CRB
18  MARKETING, SALES PRACTICES, AND     )
    PRODUCT LIABILITY LITIGATION        )   MDL No. 1699
19  ─────────────────────────────────────)
                                        )
20  THIS RELATES TO:                    )   NOTICE OF WITHDRAWAL AS
                                        )   COUNSEL OF RECORD AND
21  *National Health Ins. Co. v. Pfizer Inc., et al.,*  )  [PROPOSED] ORDER GRANTING
    Case No.: 05-cv-04073 (N.D. Cal.)   )   WITHDRAWAL
22  ─────────────────────────────────────)

23
            1.      WHEREAS, co-counsel for National Health Insurance Company, James Dugan of
24
    The Murray Law Firm, PLC, notified Hagens Berman Sobol Shapiro LLP of its intent to represent
25
    National Health Insurance Company without the services of Hagens Berman Sobol Shapiro LLP;
26
            2.      WHEREAS, National Health Insurance Company was provided with notice of
27
    Hagens Berman Sobol Shapiro LLP's intention to withdraw through its counsel Christopher A.
28

1   Neal of The Neal Law Firm, PC in advance of this filing and all interested parties have been

2   provided with notice of Hagens Berman Sobol Shapiro LLP's intention to withdraw from

3   representing National Health Insurance Company in accordance with Local Rule 11-5; and

4         3.     WHEREAS, National Health Insurance Company will continue to be represented by

5   The Murray Law Firm and The Neal Law Firm, PC.

6        NOW, THEREFORE Hagens Berman Sobol Shapiro LLP respectfully submits this Notice

7   of Withdrawal and Proposed Order allowing them to withdraw as counsel of record for National

8   Health Insurance Company.

9   DATED: March 27, 2009                  Respectfully submitted,

10

11                                   HAGENS BERMAN SOBOL SHAPIRO LLP

12                                   By   /s/ Steve W. Berman
                  Steve W. Berman
13                                   steve@hbsslaw.com
                  Lisa Hasselman
14                                   lisah@hbsslaw.com
                  1301 Fifth Avenue, Suite 2900
15                                   Seattle, WA  98101
                  Telephone:  (206) 623-7292
16                                   Facsimile:  (206) 623-0594

17

18

19

20

21

22

23

24

25

26

27

28

1

**~~PROPOSED~~ ORDER**

2        Pursuant to Local Rule 11-5, the Court grants Hagens Berman Sobol Shapiro LLP's request

3 to be relieved as one of the counsel of record for National Health Insurance Company in *National*

4 *Health Ins. Co. v. Pfizer Inc., et al.*, Case No.: 05-cv-04073 (N.D. Cal.).

5       IT IS SO ORDERED.

6

7     Signed:  March 30, 2009

8                               Hon. Charles R. Breyer

9                               United States District Judge



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28