Elizabeth J. Cabraser
ecabraser@lchb.com
Scott P. Nealey
snealey@lchb.com
LIEFF, CABRASER, HEIMANN, & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Liaison Counsel*

Steve W. Berman
steve@hbsslaw.com
Lisa Hasselman
lisah@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Plaintiffs' Purchaser Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | No. M:05-CV-01699-CRB <br><br> MDL No. 1699 |
| THIS RELATES TO: <br><br> *National Health Ins. Co. v. Pfizer Inc., et al.*, Case No.: 05-cv-04073 (N.D. Cal.) | NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND [PROPOSED] ORDER GRANTING WITHDRAWAL |

    1.    WHEREAS, co-counsel for National Health Insurance Company, James Dugan of The Murray Law Firm, PLC, notified Hagens Berman Sobol Shapiro LLP of its intent to represent National Health Insurance Company without the services of Hagens Berman Sobol Shapiro LLP;

    2.    WHEREAS, National Health Insurance Company was provided with notice of Hagens Berman Sobol Shapiro LLP's intention to withdraw through its counsel Christopher A.

1 Neal of The Neal Law Firm, PC in advance of this filing and all interested parties have been

2 provided with notice of Hagens Berman Sobol Shapiro LLP's intention to withdraw from

3 representing National Health Insurance Company in accordance with Local Rule 11-5; and

4     3.    WHEREAS, National Health Insurance Company will continue to be represented by

5 The Murray Law Firm and The Neal Law Firm, PC.

6     NOW, THEREFORE Hagens Berman Sobol Shapiro LLP respectfully submits this Notice

7 of Withdrawal and Proposed Order allowing them to withdraw as counsel of record for National

8 Health Insurance Company.

9 DATED: March 27, 2009                      Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Steve W. Berman
    Steve W. Berman
steve@hbsslaw.com
Lisa Hasselman
lisah@hbsslaw.com
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

**~~PROPOSED~~ ORDER**

Pursuant to Local Rule 11-5, the Court grants Hagens Berman Sobol Shapiro LLP's request to be relieved as one of the counsel of record for National Health Insurance Company in *National Health Ins. Co. v. Pfizer Inc., et al.*, Case No.: 05-cv-04073 (N.D. Cal.).

IT IS SO ORDERED.

Signed:  March 30, 2009



Hon. Charles R. Breyer
United States District Judge