# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: September 25, 2009          Time: 10:02 - 11:05 a.m.

Case No.   C-05-1699 CRB          Judge: CHARLES R. BREYER

Title: In re BEXTRA and CELEBRIX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Attorneys: Plf: Steve Berman, Frank Pitre, Elizabeth Cabraser, Scott Nealey,

   Dft: Matthew Holian, John Dougherty; Audrey Channell, Kimberly West; Thomas Hanrahan, Oren Brown
   Objectors: Dennis Gibson for Barbara Hurst and Diane Gison;
      Jeff Weinstein for Janice Johnson

Deputy Clerk: Frank Justiliano          Court Reporter: Sahar McVickar

## PROCEEDINGS

1)   P's Motion for Final Approval of Class Action Settlement [3121] - APPROVED.

2)   P's Motion for Award of Attorney Fees, Reimbursement of Expenses & Compensation to Named Plaintiffs [3122] - APPROVED.

3)   Blue Cross/Blue Shield's Objection to the Special Master's Order dated 8/24/09 [3160] - WITHDRAWN.

4)   D's Motion to Dismiss Plaintiff's Claims with Prejudice or Sanctions [3153] - APPROVED.

**ORDERED AFTER HEARING:**

Order and Final Judgment; Order Granting Pfizer Defendants' Motion To Dismiss Plaintiffs' Claims with Prejudice; Order of Dismissal With Prejudice (of plaintiff identified); Order Granting Motion To Withdraw Subject To Pretrial Order No. 35 were signed in open court.

Status Conference to be set for mid November 2009.  Parties to notify courtroom deputy of date selected.

Notes: